

- Home
- Boutique
- Charming Lady
- Aviator
- Polarized
- Wayfarer
- Man Classic
- Sports
- Kids



7041

7042

7043

7044

7045







How to Order | Shipping Policy | Returns and Exchanges | Contact Us

Creative Eyewear Inc. © All Right Reserved.

CTS v. CEI

Exhibit 2, P. 4

http://www.creativeeyeglasses.com/Sunglass/Sunglasses_sports.html